FILE COPY

No. 07-14-00183-CV

| | | |
|---|---|---|
| Irma Villalon<br>  Appellant | § | From the 237th District Court<br>  of Lubbock County |
| | § | |
| v. | | March 27, 2015 |
| | § | |
| Kollman & Kollman, Co., d/b/a<br>Chicken Express and Birdman, Inc.<br>  Appellees | § | Opinion by Chief Justice Quinn |

## J U D G M E N T

Pursuant to the opinion of the Court dated March 27, 2015, it is ordered, adjudged and decreed that the judgment of the trial court be affirmed.

It is further ordered that appellant pay all costs in this behalf expended for which let execution issue.

It is further ordered that this decision be certified below for observance.

o O o